UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES EDWARD JONES**, Petitioner, vs. **RANDEE REWERTS**, Respondent. | **2:22-CV-11854-TGB-KGA** **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan:   March 28, 2023.

                KINIKIA ESSEX
                CLERK OF THE COURT

                s/A. Chubb
                Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE